UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

September 23, 2016

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**U.S.D.C. No.: 1:14-cv-1725-LMM**
**U.S.C.A. No.: 00-00000-00**
**In re:** ***Groucho's Franchise Systems, LLC v. Gelco of GA, Inc.***

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

__X__ **Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed.**

_____ This is not the first notice of appeal. Other notices were filed on: .

__X__ **There is no transcript.**

_____ The court reporter is .

_____ There is sealed material as described below: .

_____ Other: .

__X__ **Fee paid electronically on 9/22/16. (Receipt# 113E-6714021).**

_____ Appellant has been leave to file *in forma pauperis.*

_____ This is a bankruptcy appeal. The Bankruptcy Judge is .

_____ The Magistrate Judge is .

__X__ **The District Judge is Leigh Martin May.**

_____ This is a **DEATH PENALTY** appeal.

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By: /s/P. McClam
Deputy Clerk

Enclosures